# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED ON: 4/30/2018    INDEX NO.: 2:18-CV-02510-ADS-AKT

---

STATE ENTERPRISE RESEARCH-INDUSTRIAL COMPLEX "PAVLOGRAD CHEMICAL PLANT"    Plaintiff(s)-Petitioner(s)

-vs-

PETROLEUM & MATERIALS LLC

Defendant(s)-Respondent(s)

---

STATE OF NEW YORK }
COUNTY OF SARATOGA ss.}

I, MICHAEL MCCLOSKY being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York.

On MAY 11, 2018 at 10:40 A.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTION, PETITION, CIVIL COVER SHEET**
bearing index number: 2:18-CV-02510-ADS-AKT and date of filing: 4/30/2018
upon **PETROLEUM & MATERIALS LLC**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12210**

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving with} **NANCY DOUGHERTY, BUSINESS DOCUMENT SPECIALIST**
the agent for service on the person in this proceeding designated under Rule 303 LLC. Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on       . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by—first class mail—certified mail—registered mail—return receipt requested. Certified/Registered mail #

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

**DESCRIPTION}** deponent describes the person actually served as:
Sex: FEMALE         Race/Skin Color: WHITE         Hair Color: BLACK
Approximate Age: 62 years    Approximate Height: 5'4"    Approximate Weight: 145 pounds
Other:

Subscribed and sworn before me on} MAY 11, 2018

_____
Notary Public, State of New York
Mark E. McClosky
Qualified in Schenectady County
Number 01MC6042335
Expires: May 22, 2018
NLS #: 171554
affidavit #: 18-5245

Anderson Kill P.C.
1251 Avenue of the Americas 42 Floor
New York, NY 10020
212-278-1000

FIRM FILE #

_____
MICHAEL MCCLOSKY
Deponent