UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE ENTERPRISE RESEARCH-INDUSTRIAL COMPLEX "PAVLOGRAD CHEMICAL PLANT," <br><br> Plaintiff, <br><br> v. <br><br> PETROLEUM & MATERIALS LLC., <br><br> Defendant. | CIV. NO. 2:18-CV-02510-ADS-AKT <br><br> **REQUEST FOR** <br> **CERTIFICATE OF DEFAULT** |

TO: DOUGLAS C. PALMER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant, Petroleum & Materials LLC., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Jeffrey E. Glen.

Dated: June 21, 2018

ANDERSON KILL P.C.

By: /s/ Jeffrey E. Glen
Jeffrey E. Glen, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
Email: jglen@andersonkill.com

Attorneys for Plaintiff State Enterprise Research-Industrial Complex "Pavlograd Chemical Plant"

docs-100020411.1