UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STATE ENTERPRISE RESEARCH-INDUSTRIAL COMPLEX "PAVLOGRAD CHEMICAL PLANT,"<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PETROLEUM & MATERIALS LLC.,<br><br>　　　　　　　　　　Defendant. | **AFFIDAVIT OF SERVICE**<br><br>**Civ. No. 2:18-cv-02510-ADS-AKT** |

I, Donald Flynn, being duly sworn, depose, and say: I am not a party to the action, am over 18 years of age, and reside at New York, New York. On June 22, 2018, I served a copy of the attached:

(1) Request for Certificate of Default; and

(2) Affirmation in Support of Request for Certificate of Default upon Defendant, Petroleum & Materials LLC., via First Class Mail, by depositing a true copy thereof in a postage-paid wrapper marked under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following party at the address set forth below.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Donald Flynn
　　　　　　　　　　　　　　　　　　　　　Anderson Kill P.C.
　　　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 278-1000
　　　　　　　　　　　　　　　　　　　　　Email: dflynn@andersonkill.com

Sworn to before me this
22 day of June, 2018

_____
Notary Public

　　　　　　　　　　　Lori LaMorelle
　　　　　　Notary Public, State of New York
　　　　　　　　　　No. 01LA6269968
　　　　　　　Qualified in Suffolk County
　　　　　Certificate Filed in New York County
　　　　Commission Expired October 09, 2020

docs-100020432.1

To: Petroleum & Materials LLC.
350 Vets Highway
Commack, NY 11725

docs-100020432.1