**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
STATE ENTERPRISE RESEARCH-
INDUSTRIAL COMPLEX "PAVLOGRAD
CHEMICAL PLANT,"

                Plaintiff,           **CLERK'S CERTIFICATE**
                                              **OF DEFAULT**
- against -                                 CV 18-2510 (ADS) (AKT)

PETROLEUM & MATERIALS LLC,

                Defendant.
------------------------------------------------------------X

       I**,** Douglas C. Palmer, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant PETROLEUM & MATERIALS LLC, has not filed an answer or otherwise moved with respect to the complaint, and that the time to answer or move has expired.

       The default of defendant PETROLEUM & MATERIALS LLC, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York
          July 24, 2018

                                                              DOUGLAS C. PALMER
                                                              CLERK OF THE COURT

                                             BY:     /S/ JAMES J. TORITTO
                                                         DEPUTY CLERK