UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE ENTERPRISE RESEARCH-INDUSTRIAL COMPLEX "PAVLOGRAD CHEMICAL PLANT,"<br><br>Plaintiff,<br><br>v.<br><br>PETROLEUM & MATERIALS LLC.,<br><br>Defendant. | CIV. NO. 2:18-CV-02510-ADS-AKT<br><br>**MOTION FOR DEFAULT JUDGMENT** |

Plaintiff, State Enterprise Research-Industrial Complex "Pavlograd Chemical Plant," hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant, Petroleum & Materials LLC., on the grounds that said defendants(s) failed to answer or otherwise defend against the complaint.

Dated:   July 30, 2018

/s/ Jeffrey E. Glen
Jeffrey E. Glen, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 278-1000
Facsimile:   (212) 278-1733
Email:  jglen@andersonkill.com

Attorneys for Plaintiff State Enterprise Research-Industrial Complex "Pavlograd Chemical Plant"

docs-100020425.2

TO: Petroleum & Materials LLC.
350 Vets Highway
Commack, NY 11725