UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE ENTERPRISE RESEARCH-INDUSTRIAL COMPLEX "PAVLOGRAD CHEMICAL PLANT," <br><br> Plaintiff, <br><br> v. <br><br> PETROLEUM & MATERIALS LLC., <br><br> Defendant. | CIV. NO. 2:18-CV-02510-ADS-AKT <br><br> **AFFIRMATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

Jeffrey E. Glen hereby declares as follows:

1.     I represent the plaintiff, State Enterprise Research-Industrial Complex "Pavlograd Chemical Plant" ("Pavlograd"), in this action.

2.     This action was commenced on April 27, 2018 to enforce a foreign arbitral award issued by the International Commercial Arbitration Court at the Ukrainian Chamber of Commerce on June 20, 2017, in the amount of $937,380, inclusive of costs and fees. Copies of the Award and supporting papers are attached herein, filed April 27, 2018, Document No. 1.

3.     The Summons herein was issued on April 30, 2018, Document No. 4.

4.     The Petition and Summons were served on May 11, 2018, on the Secretary of the State of New York as agent of the defendant. The Summons was returned executed on May 18, 2018, Document No. 5. Defendant is a New York limited liability company ("LLC") and service on such company by service on the New York State Secretary of State is authorized by Section 303 of the New York Limited Liability Company law. Thus, service is proper under Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure.

docs-100020426.2

5.     The time for defendant, Petroleum & Materials LLC., to answer or otherwise move with respect to the complaint herein expired on June 3, 2018.  Fed.R.Civ.Proc. 12(a)(1).

6.     However, on June 1, 2018, I received, by Certified Mail, a letter apparently from Dewan Bachai, General Director of the Defendant LLC., referring to the allegations of the Petition and stating "I would like to have my day I court . . . ." A copy of the letter and the attachments thereto is attached as **Exhibit 1**.  A copy of the Certified Mail envelope, bearing the address of the Defendant as 350 Vets Highway, Commack, NY 11725 is attached as **Exhibit 2**.

7.     While the aforementioned letter is unsigned, I infer from the statement therein that "I signed contract #400021-16 . . . " means that Dewan Bachai, whose signature is on the referenced attachment to the letter, is the author of the letter.

8.     On June 6, 2018, I wrote to Mr. Bachai at the address on the Certified Mail envelope, which is the same address used in the Petition and given to the New York Secretary of State for notifying the Defendant LLC.  In that letter, a copy of which is attached as **Exhibit 3**, I noted that a LLC must appear in an action in Federal Court by counsel, and offering, if Defendant retains counsel, to extend the time for Defendant's appearance through June 20, 2018.

9.     On June 18, 2018, I received, in an envelope from a law firm apparently located at 350 Veterans Memorial Highway, Commack, NY 11725, the letter I had sent to Mr. Bachai on June 6, with the notation "return to sender – person unknown." A copy of the law firm's envelope and a copy of my envelope with the above quoted notation are attached as **Exhibit 4**.

2

docs-100020426.2

10. I am mystified as to how Mr. Bachai was able to receive the Petition and Summons at the address of the Defendant on record at the New York Secretary of State, send me a letter dealing in detail with the allegations of the Petition, and be a "person unknown" at the very same address.

11. Whatever the explanation, Defendant is in default of appearing and answering. Defendant's, Petroleum & Materials LLC., default has been noted by the Clerk of Court on July 24, 2018. A copy of the Certificate is attached hereto as **Exhibit 5**.

12. Since the Petition is for a sum certain, a default judgment for the amount demanded in the Petition and costs must then be entered by the Clerk against the Defendant pursuant to Fed.R.Civ.Proc. 55(b)(1).

WHEREFORE, Plaintiff, Pavlograd, requests that a default judgment be entered in favor of Plaintiff, Pavlograd, and against defendant, Petroleum & Materials LLC.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, that no part thereof has been paid, and that the disbursements sought to be taxed have been made in this action or will necessarily be made or included in this action.

Dated: July 30, 2018

ANDERSON KILL P.C.

By: /s/ Jeffrey E. Glen
Jeffrey E. Glen, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Email: jglen@andersonkill.com

Attorneys for Plaintiff State Enterprise
Research-Industrial Complex "Pavlograd
Chemical Plant"

3