# Exhibit 3

# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jeffrey E. Glen, Esq.
Jglen@andersonkill.com
212-278-1009

June 6, 2018

Dewan Bachai
General Director
Petroleum & Materials LLC
350 Veterans Memorial Highway
Commack, New York 11725

Re:   State Enterprise Research-Industrial Complex "Pavlograd
Chemical Plant" v. Petroleum & Materials LLC, E.D.N.Y.
Case Number 2:18-cv-02510-ADS-AKT

Dear Mr. Bachai:

I am in receipt of your note and attachments regarding the above action, sent to me by certified mail and received here on June 1, 2018.

Pursuant to CPLR section 321(a), as interpreted by the Appellate Division of the Supreme Court of New York in the case of Michael Reilly Design, Inc. v. Houraney, 40 A.D.3d 592 (2nd Dept. 2007), and the United States Court of Appeals for the Second Circuit in the case of Lattanzio v. COMTA, 481 F.3d 137(2nd Cir. 2007), a New York Limited Liability Company cannot appear in either Federal or State court other than through an attorney. I would be more than happy to discuss this action and the points you raise in your note with the LLC's attorney once he or she has filed a notice of appearance in this action.

May I bring to your attention that there are time limits on appearing in an action in Federal Court, and that arguably the time for Petroleum & Materials LLC to appear has expired. Nevertheless, please inform the LLC's attorney that I am willing to extend the time for the LLC to appear for 14 days from today. I look forward to hearing from the LLC's attorney at his or her earliest convenience

Sincerely yours,

Jeffrey E. Glen

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100016621.1

ANDERSON KILL
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1182

NEW YORK
NY 100
07 JUN '18
PM 11 1

neopost
06/06/2018
US POSTAGE   $00.47⁰

FIRST-CLASS MAIL

ZIP 10020
041L11243538

Return
To sender —
person unknown

Dewan Bachai
General Director
Petroleum & Materials LLC
350 Veterans Memorial Highway
Commack, New York 11725

11725-431650