# Exhibit 4



Sarisohn,Sarisohn
Carner & Devita
350 Veterans Memorial Highway
Commack NY 11725



MID-ISLAND
NY 117
13 JUN '18
PM 2 L

$0.470
US POSTAGE
FIRST-CLASS
FROM 11725
JUN 13 2018
stamps
.com

Anderson Kill
Attn:  Larry E. Glen
1251 Avenue Of THE AMERICAS
New York NY 10020-1182

