# Exhibit 5

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
STATE ENTERPRISE RESEARCH-
INDUSTRIAL COMPLEX "PAVLOGRAD
CHEMICAL PLANT,"

|  |  |
|---|---|
| Plaintiff, | **CLERK'S CERTIFICATE** |
|  | **OF DEFAULT** |
| - against - | CV 18-2510 (ADS) (AKT) |

PETROLEUM & MATERIALS LLC,

Defendant.
-------------------------------------------------------------X

I, Douglas C. Palmer, Clerk of Court for the United States District Court for the Eastern

District of New York, do hereby certify that defendant PETROLEUM & MATERIALS LLC, has

not filed an answer or otherwise moved with respect to the complaint, and that the time to answer

or move has expired.

The default of defendant PETROLEUM & MATERIALS LLC, is hereby noted pursuant

to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York
      July 24, 2018

                                         DOUGLAS C. PALMER
                                         CLERK OF THE COURT

                        BY:      /S/ JAMES J. TORITTO
                                DEPUTY CLERK