UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE ENTERPRISE RESEARCH-INDUSTRIAL COMPLEX "PAVLOGRAD CHEMICAL PLANT,"<br><br>Plaintiff(s),<br><br>v.<br><br>PETROLEUM & MATERIALS LLC.,<br><br>Defendant. | AFFIDAVIT OF SERVICE<br><br>Civ. No. 2:18-cv-02510-ADS-AKT |

I, Donald Flynn, being duly sworn, depose and say: I am not a party to the action, am over 18 years of age and reside at New York, New York. On August 8, 2018, I served a copy of the attached:

(1) Motion for Default Judgment; and

(2) Affirmation in Support of Motion for Default Judgment upon Petroleum & Materials LLC., via First Class Mail, by depositing a true copy thereof in a postage-paid wrapper marked under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following party at the address set forth below,

Dated: August 8, 2018

_____
Donald Flynn
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Email: dflynn@andersonkill.com

Sworn to before me this
8th day of August 2018

_____
Notary Public

KATHLEEN M. O'NEILL
Notary Public, State of New York
No. 01ON-4687093
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires September 30, 2021

docs-100028566.1

To: Petroleum & Materials LLC.
350 Vets Highway
Commack, NY 11725

docs-100020432.1