**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
STATE ENTERPRISE RESEARCH-
INDUSTRIAL COMPLEX "PAVLOGRAD
CHEMICAL PLANT,"

                     Plaintiff,

     -against-

PETROLEUM & MATERIALS LLC,

                     Defendant.
---------------------------------------------------------X

FILED
CLERK

10:26 am, Aug 09, 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**REFERRAL ORDER**
18-cv-02510 (ADS) (AKT)

**SPATT, District Judge.**

On April 27, 2018, the Plaintiff commenced this action against the Defendants to enforce a foreign arbitral award issued by the International Commercial Arbitration Court at the Ukrainian Chamber of Commerce.

On July 24, 2018, the Clerk of the Court issued a Certificate of Default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

On August 8, 2018, the Plaintiff moved for a default judgment against the Defendant.

The Court hereby refers this matter to United States Magistrate Judge A. Kathleen Tomlinson for a recommendation as to whether the motion for a default judgment should be granted, and if so, whether damages should be awarded. The Clerk of the Court is respectfully directed to note the referral.

**SO ORDERED.**

Dated: Central Islip, New York
August 9, 2018

                                                               */s/ Arthur D. Spatt*
                                                             ARTHUR D. SPATT
                                          United States District Judge