UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE ARBITRATION BETWEEN

STATE ENTERPRISE RESEARCH-INDUSTRIAL COMPLEXT "PAVLOGRAD CHEMICAL PLANT",

*Petitioner,*

-and-

PETROLEUM & MATERIALS LLC.

*Respondent..*

CIV. NO. 2:18-cv-02510-ASDS-AKT

## AFFIDAVIT OF SERVICE

DONALD FLYNN, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill P.C., 1251 Avenue of the Americas, New York, NY 10020.

On the 12th day of March, 2019, deponent served the DECLARATION OF JEFFREY E. GLEN REGARDING AVAILABILITY OF INTEREST and BILL OF COSTS upon:

Petroleum & Materials LLC.
350 Vets Highway
Commack, NY 11725

by causing true copies to be enclosed in a first class post-paid envelope properly addressed, and deposited in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
Donald Flynn

Sworn to before me on this
12th day of March, 2019

_____
Notary Public

LINDSEY B. ROTH
NOTARY PUBLIC, State of New York
No. 01RO6080149
Qualified in Queens County
Commission Expires September 09, 20__

docs-100102054.1