**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
STATE ENTERPRISE RESEARCH-
INDUSTRIAL COMPLEX "PAVLOGRAD
CHEMICAL PLAINT,"

            Petitioner,

       - against -

PETROLEUM & MATERIALS LLC,

            Respondent.
-------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 18-2510 (ADS)(AKT)

      An Adoption Order of the Honorable Arthur D. Spatt, United States District Judge, having been filed on March 19, 2109; adopting in its entirety the February 12, 2019 Report and Recommendation of United States Magistrate Judge A. Kathleen Tomlinson; granting the Petitioner's motion for a default judgment against the Respondent Petroleum & Materials, LLC; confirming the arbitration award of $937,380 in favor of Petitioner issued on June 20, 2017; awarding the Petitioner interest at nine percent per annum beginning June 20, 2017, and the Clerk of Court having calculated that amount to be $147,231.56; and awarding $565.00 in costs, it is

      **ORDERED AND ADJUDGED** that the Petitioner State Enterprise Research-Industrial Complex Pavlograd Chemical Plant's motion for a default judgment as against the Respondent Petroleum & Materials, LLC is granted; that the arbitration award of $937,380 in favor of Petitioner issued on June 20, 2017 is confirmed; that the Petitioner is awarded interest in the amount of $147,231.56, and $565.00 in costs, for a total award of $1,085,176.56 in favor of the Petitioner State Enterprise Research-Industrial Complex Pavlograd Chemical Plant and against the Respondent Petroleum & Materials, LLC; and that this case is closed.

Dated: Central Islip, New York
       March 19, 2019

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT
                            By:   /s/ James J. Toritto
                                          Deputy Clerk