**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

STATE ENTERPRISE RESEARCH-INDUSTRIAL COMPLEX "PAVLOGRAD CHEMICAL PLANT",

    *Plaintiff,*

-and-

PETROLEUM & MATERIALS LLC.

    *Defendants.*

CIV. NO. 2:18-cv-02510-ADS-AKT

---

State of New York  )
                         )
County of New York  )

## AFFIDAVIT OF SERVICE

DONALD FLYNN, being duly sworn, deposes and says: Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill P.C., 1251 Avenue of the Americas, New York, NY 10020.

On the 18th day of June, 2019 at 1:30 p.m., deponent served the PLAINTIFF'S MOTION TO COMPEL JP MORGAN CHASE BANK, N.A., TO RESPOND TO THE INFORMATION SUBPOENA and AFFIRMATION IN SUPPORT OF MOTION TO COMPEL JP MORGAN CHASE BANK, N.A., TO RESPOND TO THE INFORMATION SUBPOENA WITH EXHIBIT upon:

        JP MORGAN CHASE BANK. N.A.
        1251 AVENUE OF THE AMERICAS
        NEW YORK, NEW YORK 10020

Service was accepted by Erik Kaz, Assistant Vice President, and Assistant Branch Manager who stated he was authorized to accept service for the bank. Mr. Kaz is 5' 10", brown hair balding, brown eyes, approximately 37-45 years of age and Caucasian.

                                                                */s/ Donald Flynn*
                                                                     Donald Flynn

Sworn to before me on this
18th day of June, 2019

*/s/ Hazel V. Christopher*
Notary Public

                    HAZEL V. CHRISTOPHER
              NOTARY PUBLIC, State of New York
                      No. 01CH6057347
                  Qualified in Kings County
            Certificate Filed in New York County
           Commission Expires April 16, 2023

docs-100139423.1

### CHASE PRIVATE CLIENT



**Erik Kaz**
Assistant Vice President
Assistant Branch Manager - Sales
NMLS ID: 600397

1251 Ave. Of The Americas, Floor 01
New York, NY 10020

Telephone:   212 556 2801
Facsimile:    800 935 9935
24/7 Service: 888 994 5626
Erik.Kaz@chase.com

JPMorgan Chase Bank, N.A.